UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CAESARS ENTERPRISE SERVICES, LLC<br>d/b/a Caesars Entertainment<br><br>        Defendant. | ECF CASE<br><br>No.: 1:22-cv-02464-AMD-RLM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs. As no motion for class certification has been filed, and no class action has been certified, the parties may dismiss this matter without Court approval or notice.

Dated:  June 30 , 2022
       New York, New York

_____
Douglas. B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: June 30 , 2022
       New York, New York

*Lotus Cannon*
_____
Lotus Cannon
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Icannon@seyfarth.com
212.218.5618
*Attorneys for Defendant*